# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2972
_____

GIOVANNA RODRIGUEZ,

Appellant,

v.

DEPARTMENT OF FINANCIAL
SERVICES,

Appellee.

_____

On appeal from the Department of Financial Services.

April 8, 2019

PER CURIAM.

AFFIRMED.

WETHERELL, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Giovanna Rodriguez, pro so, Appellant.

Marshawn Griffin, Department of Financial Services, Tallahassee, for Appellee.